UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALLAS DYSON, #262685,
Plaintiff,

-v-

UNKNOWN MORSE,
Defendant.

No. 1:25-cv-681

Honorable Paul L. Maloney

**ORDER ADOPTING REPORT AND RECOMMENDAITON**

Plaintiff Dyson, a prisoner under the control of the Michigan Department of Corrections, sued Defendant Morse. Plaintiff contends Morse violated Plaintiff's Eighth Amendment rights by being deliberately indifferent to a threat to Plaintiff posed by another prisoner.

Defendant filed a motion to dismiss. ECF No. 17. The Magistrate Judge issued a report recommending the court grant the motion. ECF No. 23. Plaintiff filed objections. ECF No. 24. The court will adopt the report and recommendation.

According to Plaintiff, he and another inmate had a physical altercation. The other inmate threatened to stab Plaintiff. Plaintiff reported the incident to Morse and asked to move out of the unit for his (Plaintiff's) safety. Defendant told Plaintiff to wait for the next shift. Plaintiff never returned to his cell because he feared for his life. Plaintiff continued to ask Morse to be moved or to be placed in segregation. After being warned to leave, Morse issued Plaintiff a misconduct and placed Plaintiff in temporary segregation.

Defendant moved to dismiss the lawsuit. Defendant argued Plaintiff got what he wanted—away from the other inmate. Morse did not do precisely what Plaintiff wanted. But, Plaintiff did not remain incarcerated under conditions posing a substantial risk of serious harm.

The Magistrate Judge concluded that Plaintiff failed to allege facts showing that Morse knew of a substantial risk and disregarded it. The Magistrate Judge also recommends finding that Defendant is entitled to qualified immunity.

After being served with a report and recommendation (R&R) issued by a magistrate judge, a party has fourteen days to file written objections to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). A district court judge reviews de novo the portions of the R&R to which objections have been filed. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Only those objections that are specific are entitled to a de novo review under the statute. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (per curiam).

Plaintiff does not meaningfully respond to the findings or conclusions in the R&R. Plaintiff merely repeats the allegations in his complaint.

Accordingly, the court **ADOPTS** the report and recommendation. ECF No. 23. The court **GRANTS** Defendant's motion to dismiss. ECF No. 17. **IT IS SO ORDERED.**

Date: October 30, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge